(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

FILED BY _____ D.C.
NOV 01 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Jacob Gibbs
_____
(Enter the full name of the plaintiff in this action)

v.

Ric L. Bradshaw
_____

_____

_____

_____

(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

I.  Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: JAcob Gibbs

Inmate #: 0394037

Address: West Detention Center, Belle Glade Florida 33430 Po Box 1450

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: Ric L Bradshaw

is employed as Official Sheriff Palm Beach Sheriff Office

at Palm Beach County

C. Additional Defendants: _____

claiming "per policy" she's not allowed to give me my legal-mail if I dont have a wrist-band. Untill a week or two later when some other mail person decides to give me the legal-mail (even though I still didnt have wrist-band). The extended withholding of my legal-mail deprives me of the ability to communicate with the court on my pending legal affairs.

4. I recieved a court order about my civil complaint originally dated 9/18/23 but mail-person refused to give it to me untill 9/27/23. Which prevented me from objecting effectively because of time statute.

5. I was finally gave legal-mail from Palm Beach sheriff office on 10/23/23 that was originally sent on 10/12/23. The 11-day hold prevented me from disputing the finding. The letter stated "If no additional information is recieved within 10 days, this case will be closed."

6. Fourteenth Amend. Due Process Claim against Sheriff Ric Bradshaw. Under theory of municipal liability for policy or custom of allowing mail-person to punish me by withholding my legal-mail as retaliation for not having wrist-band.

7. On 4/3/23, 9/18/23 and 10/17/23 mail-person refused to give me my legal-mail as retaliation for not having wrist-band. Even though the housing Deputy (Zambrana, Corlian) offered to provide facesheet (print-out of inmate's picture and information, the exact same information on wrist-band). Withholding my legal-mail serves no other purpose besides punishment. There are several readily available alternate means of confirming/verifying my identity (incorporate paragraph 1). None of which are ever attempted.

8. At all times mentioned in this complaint the mail-person comes to the dorm (normally calling beforehand, informing Deputy of her purpose). Then the housing Deputy comes to my cell (removeable facesheet is on cell-door) handcuffs and escorts me to the mail-person. Who then refuses to give me my legal-mail claiming she's not allowed to give me without wrist-band.

9. First Amend. Freedom of Speech against Sheriff Ric Bradshaw. Under theory of municipal liability. For the policy or custom of allowing mail-person to withhold legal-mail. Which directly impedes my ability to communicate with the courts

10. I recieved a court order dated 9/18/23 9-days later on 9/27/23. I recieved legal-mail dated 10/12/23 11-days later on 10/23/23. Both letters were time sensitive. The mail-person withholding for period of time negatively interfered with my ability to communicate. By preventing me from responding in the necessary time frame.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____
_____
_____

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

1. I'm a pre-trial detainee at West Detention Center, Belle Glade, Florida. I've been in solitary confinement since 11/28/22. On the door of every inmate's cell is a picture (removeable facesheet) of the inmate along with all of the inmate's information which Palm Beach Sheriff Office staff also have. All movement in the dorm is controlled, meaning all movement outside of cell is with a Deputy and the inmate is handcuffed.

2. First and Fourteenth Amend. Access to the Courts claim against Sheriff Ric Bradshaw. Under theory of municipal liability for policy or custom of allowing mail-persons to violate constitutional rights.

3. Mail-person has consistently refused to give me my legal-mail on 4/3/23, 8/7/23, 8/28/23, 9/18/23, 10/2/23 and 10/12/23

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

## III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

DAMAGES: COMPENSATORY, NOMINAL, PUNITIVE AND ANY OTHER RELIEF THE COURT DEEMS JUST AND PROPER

## IV. Jury Demand

Do you demand a jury trial? ☒ Yes ☐ No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this 25th day of October, 20 23

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: 10/25/23

_____
(Signature of Plaintiff)



Jacob Gibbs 0391037
West Detention Center
PO Box 1450
Belle Glade FL 33430

OCT 27 2023 WEST PALM

FOREVER USA
Barn Swallow

LEGAL MAIL

Clerk's Office of the United States District Court
Southern District of Florida
400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7788